**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 15-7206**

─────────────

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

ADRIAN CHAVEZ,

               Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge.  (5:11-cr-00342-F-1)

─────────────

Submitted:  December 17, 2015      Decided:  December 22, 2015

─────────────

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Adrian Chavez, Appellant Pro Se.  Dena Janae King, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adrian Chavez appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Chavez, No. 5:11-cr-00342-F-1 (E.D.N.C. July 2, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED